**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KENTES WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 16-CV-414-SMY-RJD |
| | ) |
| LT. BEBOUT, CHARLES SWISHER, | ) |
| CHAD FRIERDICH, JAMES BEST, and | ) |
| CLINT MAYER, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Reona J. Daly (Doc. 85), recommending that the Court grant Defendants' Partial Motion for Summary Judgment (Doc. 80). No objections to the R&R have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that the Defendants are entitled to summary judgment as to all claims with the exception of Plaintiff's Eighth

Amendment claim against Defendants Bebout and Mayer (Count 4).  The Court finds no clear error in Judge Daly's findings, analysis or conclusions, and accordingly, adopts her Report and Recommendation in its entirety.

**IT IS SO ORDERED.**

**DATED:  September 17, 2018**

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**